HELEN S. CHONG *v.* P. Y. CHONG, ALIAS CHONG YICK CHEW.

No. 2411.

ARGUED JUNE 21, 1939.                    DECIDED JULY 8, 1939.

COKE, C. J., PETERS AND KEMP, JJ.

*Per Curiam.* The motion to dismiss the appeal in the above entitled matter is governed by what we have said in overruling the motion to dismiss the appeal in No. 2381. A statement of the contents of the motion and affidavits upon this appeal would serve no useful purpose. On the authority of our opinion in appeal No. 2381, the motion is denied.

*C. S. Davis* for the motion.

*M. K. Ashford* contra.